**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO CARDENAS CABALLERO,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | Nos. 11-73353<br>        12-73597<br><br>Agency No. A074-800-218<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2014[**]

Before:     CLIFTON, BEA, and WATFORD, Circuit Judges.

Roberto Cardenas Caballero, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") orders denying his second

(petition No. 11-73353) and third (petition No. 12-73597) motions to reopen

removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny the petitions for review.

The BIA did not abuse its discretion in denying Cardenas Caballero's second and third motions to reopen as untimely and number-barred because the motions were filed more than 13 and 14 years, respectively, after the final administrative decision, *see* 8 C.F.R. § 1003.2(c)(2), and Cardenas Caballero failed to establish changed country conditions to qualify for the regulatory exception to the time and number limitations for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987 (new evidence "must be 'qualitatively different' from the evidence presented at the previous hearing").

**PETITIONS FOR REVIEW DENIED.**